IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>SAMUEL ROSBERG, ANASTASIA PAINTER, DRAKE BALLER, and DILLON KASLON,<br>                Defendant. | **4:25CR3052**<br><br>**ORDER** |

      This matter is before the court on the Government's motion for speedy trial exemption and request to declare this case as unusual and complex and to adjust the discovery and pretrial motions deadline with regard to the above-referenced Defendants (Filing No. 87) and Defendant Drake Baller's Motion to Extend Pretrial Motion Deadline (Filing No. 95). The time to file an opposition to the motion has passed. The court finds, from the representations by counsel for the parties in the motion (Filing No. 87) and during the initial appearances, that this case is so unusual and complex due to the nature of the prosecution, the number of defendants, and the amount of discovery, as well as for the reasons set forth in the motion and during the initial appearances, that it would be unreasonable to expect adequate preparation for pretrial proceedings or for the trial within the time limits established by the Speedy Trial Act. See 18 U.S.C. § 3161(h)(7)(B)(ii). For these reasons and the reasons set forth herein, the court finds good cause and grants the Government's unopposed motion.

      IT IS ORDERED:

1)     The Government's motion (Filing No. 87), is granted
2)     Defendant Drake Baller's Motion to Extend Pretrial Motion Deadline (Filing No. 95) is denied as moot, given the ruling set forth herein.
3)     The government shall provide any Rule 16 discovery, with the exception of testimonial and publication history of experts, that it currently has as soon as reasonably possible and, further, any additional Rule 16 discovery

obtained, with the exception of testimonial and publication history of experts, as it is received by the government, as soon as reasonably possible. A Telephone Conference is set for December 8, 2025 at 9:00 a.m. before Magistrate Judge Jacqueline M. DeLuca to set further progression deadlines including the deadline for Rule 16 discovery and pretrial motions. Counsel for all parties shall use the conferencing instructions provided by the court to participate in the call.

4) The pretrial motions deadline set at the initial appearances are vacated and will be set at a later time.

5) Due to the nature of the prosecution, the number of defendants, and the amount of discovery, as well as for the reasons set forth in the motion and during the initial appearances, the court designates this case as an unusual and complex case. 18 U.S.C. 3161(h)(7)(B)(ii). Moreover, the ends of justice have been served by granting such request and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of this motion, i.e. from today's date through December 8, 2025 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act for the reason counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. 3161(h)(7)(A) & (B). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 14th day of October, 2025.

BY THE COURT:
*s/ Jacqueline M. DeLuca*
United States Magistrate Judge