IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br> vs.<br><br>SAMUEL ROSBERG, ANASTASIA PAINTER, DRAKE BALLER, and, DILLON KASLON,<br><br>       Defendant. | 4:25CR3052<br><br>**AMENDED ORDER** |

   A telephone status conference was held today. During the telephone conference, defense counsel notified the court that Defendants need additional time to consider and decide whether to enter a guilty plea or go to trial and further to review the discovery in this matter. Defendants moved to continue the status conference. The government did not object. Based on the comments of counsel, the court finds good cause has been shown and the oral motions to continue should be granted. In addition, this case continues to be designated as unusual and complex. 18 U.S.C. 3161(h)(7)(B)(ii). Accordingly,

   IT IS ORDERED:

1) A telephonic conference with counsel will be held before the undersigned magistrate judge at 1:00 p.m. on January 12, 2026 to discuss setting the pretrial motions deadline, any change of plea hearing or the date of the jury trial. Counsel for the parties shall use the conferencing instructions provided by the court to participate in the call.

2) In accordance with 18 U.S.C. § 3161(h)(6), and (h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between today's date and on January 12, 2026, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), and (h)(7)(A) & (B)(iv). Moreover, the court continues to designate this matter as an unusual and complex case. 18 U.S.C. 3161(h)(7)(B)(ii). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

   Dated this 8th day of December, 2025.

                     BY THE COURT:

                     s/ Jacqueline M. DeLuca
                     United States Magistrate Judge